THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

BLAISE AHLE JAMES,

        Defendant.

)
)
)
)
)
)
)
)
)
)

No. CR25-040-JLR

ORDER TO EXTEND PRETRIAL
MOTIONS DEADLINE

THE COURT has considered Blaise Ahle James's unopposed motion to extend the pretrial motions deadline along with the records in this case.

IT IS ORDERED that pretrial motions are due by April 2, 2026.

DATED this 26th day of March 2026.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *J. Leonardo Costales*
Assistant Federal Public Defender
Attorney for Blaise Ahle James

ORDER TO EXTEND PRETRIAL MOTIONS
DEADLINE
(*United States v. James*, No. CR25-040-JLR) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**